John Wade **GORDON** and Loyd Ray Gordon, Appellants,

v.

The **STATE** of Texas, Appellee.

No. 37534.

Court of Criminal Appeals of Texas.

Jan. 6, 1965.

Rehearing Denied March 3, 1965.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

Appellants were convicted, upon their pleas of guilty and waiver of trial by jury,

of the offense of burglary, with punishment assessed each appellant at three years in the penitentiary.

The record contains no statement of facts or bills of exception.

The judgment entered by the court orders that appellants be punished by confinement in the penitentiary for a term of not less than two nor more than three years. An examination of the record reflects that the punishment assessed was three years.

Appellants were sentenced under Art. 775, Vernon's Ann.C.C.P., to indeterminate terms of two to three years in the penitentiary.

The judgment is reformed to provide that appellants each be confined in the penitentiary for a definite term of three years.

As reformed, the judgment is affirmed.

Opinion approved by the Court.

## ON APPELLANTS' MOTION FOR REHEARING

DICE, Commissioner.

In our opinion on original submission, we reformed the judgment rendered against the appellants to provide that each be punished by confinement in the penitentiary for three years and, as reformed, affirmed the judgment.

It is now made known and the state concedes that the judgment actually rendered against the appellant Loyd Ray Gordon fixed his punishment at confinement in the penitentiary for a term of two years. Accordingly, the judgment and sentence as to him are reformed so as to provide that he be confined in the penitentiary for a term of two years.

The motion for rehearing as to the appellant John Wade Gordon is overruled.

Opinion approved by the Court.